# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

GS Holistic, LLC

v.

RZR 1 LLC d/b/a VAPE & SMOKE KALAMAZOO and RAJ ZINZUVADIA

Case No. 1:23-cv-01264
Hon. Robert J. Jonker

TO: RZR 1 LLC d/b/a VAPE & SMOKE KALAMAZOO
ADDRESS: REGISTERED AGENT: RAJ ZINZUVADIA
3717 S WESTNEDGE AVE
KALAMAZOO, MICHIGAN 49008

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
David L. Perry II
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, FL 33441

CLERK OF COURT

By: Deputy Clerk

Date: December 04, 2023

## PROOF OF SERVICE

This summons for __RZR 1 LLC d/b/a VAPE & SMOKE KALAMAZOO__ was received by me on _____.
(name of individual and title, if any)                                                                   (date)

☐ I personally served the summons on the individual at _____
                                                                                        (place where served)
on _____.
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                     (date)

☐ I served the summons on _____, who is designated by law to accept service
                                   (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

                                                                                        Server's signature

Additional information regarding attempted service, etc.:

                                                                                        Server's printed name and title

                                                                                        Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

GS Holistic, LLC

v.

RZR 1 LLC d/b/a VAPE & SMOKE KALAMAZOO and RAJ ZINZUVADIA

Case No. 1:23-cv-01264
Hon. Robert J. Jonker

TO: RAJ ZINZUVADIA
ADDRESS: 934 S 14TH ST
NILES, MICHIGAN 49120

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
David L. Perry II
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, FL 33441

CLERK OF COURT

By: Deputy Clerk
Date: December 04, 2023

## PROOF OF SERVICE

This summons for __RAJ ZINZUVADIA__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Server's printed name and title

_____
Server's address

Additional information regarding attempted service, etc.: