UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GS HOLISTIC, LLC,

    Plaintiff,

v.

    Case No. 1:23-cv-1264

    Hon. Hala Y. Jarbou

RZR 1 LLC, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

The Court having reviewed the parties' stipulation for dismissal (ECF No. 21),

**IT IS ORDERED** that the parties' stipulation for dismissal (ECF No. 21) is **GRANTED**; this action is **DISMISSED** with prejudice and both parties will bear their own attorneys' fees and costs.

Dated: June 11, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE